CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 24 2005

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| ROY R. FISHER,<br> Petitioner, | Civil Action No. 7:05-cv-00243 |
| v. | **FINAL ORDER** |
| LARRY W. JARVIS, WARDEN,<br> Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** as untimely, pursuant to Rule 4 of the Rules Governing §2254 Proceedings, and 28 U.S.C. § 2244(d)(1); and that this action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and to the Office of the Attorney General of Virginia.

ENTER: This 23rd day of June, 2005.

/s/ James C. Turk
Senior United States District Judge